[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11799

_____

D. C. Docket No. 03-00718-CV-ORL-31-KRS

MODERN, INC., a Florida corporation,
FIRST OMNI SERVICE CORP., a Florida
corporation,

Plaintiffs-Appellants,

versus

STATE OF FLORIDA,
UNITED STATES OF AMERICA,
DEPARTMENT OF TRANSPORTATION,

Defendants-Appellees,

ST. JOHNS RIVER WATER MANAGEMENT DISTRICT,

Defendant-Third-Party-
Plaintiff-Appellee,

versus

BREVARD COUNTY, et al.,

Third-Party-Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(January 21, 2009)**

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that Appellants Modern, Inc. and First Omni Service Corp. have not shown reversible error in the district court's January 28, 2008 order, which was entered after a three-week bench trial and which grants final judgment in favor of the Appellees.

**AFFIRMED.**